# Exhibit A



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date: April 21, 2020

David Fahrenthold
1301 K Street, NW
Washington, DC 20071
Email: david.fahrenthold@washpost.com

File Number:   20181416

Dear Requester:

Reference is made to your Freedom of Information Act (FOIA) request, originally submitted to the United States Secret Service (Secret Service) on September 11, 2018, for information pertaining to any records detailing money spent by the Secret Service related to travel by Eric Trump to Scotland, from January 17, 2017 to June 30, 2018.

In response to your FOIA request, the U.S. Secret Service FOIA Office has conducted a reasonable search for all potentially responsive documents.  The U.S. Secret Service FOIA Office searched all Program Offices and computer systems that were likely to contain potentially responsive records, and records were located.

We are processing the responsive records identified in connection with that search. They will be processed in accordance with the Freedom of Information Act, 5 U.S.C. § 552 and mailed to you upon completion.

As referenced in our initial response, due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  However, we are processing your request as expeditiously as possible.

Your request has been assigned FOIA File No. 20181416.  If you have any questions, would like to discuss this matter, or check the status of your request, please contact this office at (202) 406-6370.  Please refer to the file number indicated above in all correspondence with this office.

Thank you,

Freedom of Information Act  Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC 20223
Phone: (202) 406-6370
Fax: (202) 406-5586
Email: FOIA@USSS.DHS.GOV