CO-386
10/2018

# United States District Court
# For the District of Columbia

WP Company LLC )
d/b/a The Washington Post )
)
)
              Plaintiff )
    vs )   Civil Action No. __20-cv-1487_____
U.S. Department of Homeland )
Security; U.S Department of State )
)
)
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __WP Company LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __WP Company LLC_____ which have any outstanding securities in the hands of the public:

WP Company LLC d/b/a The Washington Post is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Charles D. Tobin
Signature

No. 455593
BAR IDENTIFICATION NO.

Charles D. Tobin
Print Name

1909 K Street NW, 12th Floor
Address

Washington, DC 20006
City    State    Zip Code

202-661-2200
Phone Number