# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WP Company LLC d/b/a  The Washington Post

**Plaintiff**

**Case No.: 1:20-cv-01487-TNM**

*vs.*

U.S. Department of Homeland Security, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, and Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/8/2020 at 2:23 PM, I served Michael R. Sherwin, Acting United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 with the Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, and Notice of Right to Consent to Trial Before a United States Magistrate Judge by serving James Paxton, Paralegal, authorized to accept service.

James Paxton is described herein as:

Gender: Male   Race/Skin: Black   Age: 50   Weight: 270   Height: 5'10"   Hair: Bald   Glasses: No

I declare under penalty of perjury that this information is true and correct.

6/10/2020
_____
Executed On

Ambiko Wallace
_____
Ambiko Wallace

Client Ref Number:
Job #: 1578434

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP Company LLC d/b/a The Washington Post | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Homeland Security; U.S. Department of State | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   20-cv-1487-TNM

### SUMMONS IN A CIVIL ACTION

To:
Michael R. Sherwin
Acting United States Attorney for the
District of Columbia
Judicial Center Building
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles D. Tobin
Maxwell S. Mishkin
Kristel Tupja
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
202-661-2200 (tel) | 202-661-2299 (fax)

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  06/05/2020

/s/ Mariela Cruz

*Signature of Clerk or Deputy Clerk*