## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WP Company LLC d/b/a The Washington Post

Plaintiff

Case No.: 1:20-cv-01487-TNM

vs.

U.S. Department of Homeland Security, et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, and Notice of Right to Consent to Trial Before a United States Magistrate Judge

SERVE TO: U.S. Department of State c/o Executive Office, Office of Legal Adviser

SERVICE ADDRESS: Suite 5.600, 600 19th Street, NW, Washington, DC 20522

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to U.S. Department of State c/o Executive Office, Office of Legal Adviser at Suite 5.600, 600 19th Street, NW, Washington, DC 20522 on 06/08/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2772. Service was signed for on 06/16/2020, return receipt attached.

I declare under penalty of perjury that this information is true.

7/2/2020
Executed On

Louis Gerrick

Client Ref Number:
Job #: 1578435

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                 6/16/20 |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>c/o Executive Office, Office of Legal Adviser<br>Suite 5.600 600 19th Street, NW<br>Washington, DC 20522 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4507 8278 3689 56 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1120 0001 3834 2772 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP Company LLC d/b/a The Washington Post <br> *Plaintiff* <br> v. <br> U.S. Department of Homeland Security; U.S. Department of State <br> *Defendant* | Civil Action No. 20-cv-1487-TNM |

## SUMMONS IN A CIVIL ACTION

To:  U.S. DEPARTMENT OF STATE
2201 C Street NW
Washington, DC 20520

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles D. Tobin
Maxwell S. Mishkin
Kristel Tupja
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
202-661-2200 (tel) | 202-661-2299 (fax)

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 06/05/2020



/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*