# Exhibit A

# Exhibit A

05/21/2019 10:19 AM  Department of State - Charleston Financial Service Center  Page 13 of 36

## Undisbursed Voucher Detail Report

Document Type: DI
Document Number: 248190785
Approval Status: Not Approved
Security Organization: 248
Voucher Examiner (b)(6) (b)(6)

| CrcyCd | DocDate | Acct. Pd. | Transaction Amt | USD Amt | Disb Meth. | Disb Offc. | Disb Model | Paymnt Typ | Mail Code |
|---|---|---|---|---|---|---|---|---|---|
| 023 | 21-MAY-19 | 08/2019 | LC 7,290.00 | $8,136.16 | C | 190 | State Disbursing | E | M |

Description:  complete 19p0224 - lara trump visit

| Vendor Code | Addr Code | Vendor Name | Vendor Address |
|---|---|---|---|
| AR00215809 | 24801 | TRUMP INTERNATIONAL GOLF LINKS & HOTEL DOONBEG | DOONBEG |

| Bank Code/Name | Bank Routing # | Bank Address | Bank Acct # |
|---|---|---|---|
| (b)(6) ALLIED IRISH BANK | (b)(6) | KILRUSH BUILDING, 7 FRANCIS STREET | (b)(6) |

Sub-bank Name                Sub-routing Number    Sub-bank Acct

Accounting Line 1

Description:

| Line Type | Line Trans. Amt | Exch Rate | USD Equiv. Amt | Ob Reverse Amt | UnOb Expend.Amt | Reference Document Type/Number/Line # | Vendor Inv Date | Log Date | Invoice Number | Travel Type | Misc Ref Flag | SDAL Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NR | LC 7,290.00 | 0.896 | $8,136.16 | $0.00 | $8,136.16 | MO / FD1902683 / 1 | 09-MAY-19 | 13-MAY-19 | 722445 | F | | N/A |

| Agcy/Bur | BBFY | EBFY | Appr ID | Bureau Allt ID | Op Allw ID | Func | BOC | Proj | Rev Srce | Ben Org | Sub Post Cd | Prop ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7004 | 2019 | | 70  904000000 | 19 | | PPD | 210050 | 014002 | | | | |

End of Voucher

(b)(6)

Pursuant to my authority as a designated Certifying Officer, I certify that this voucher is correct and proper for payment.



INVOICE
DATE: 9 May, 2019
INVOICE # 722445

Trump International Hotel & Golf Links Doonbeg
Doonbeg
Co. Clare
Ireland
VAT No: IE 3238084PH
Phone +353 65 9055600
Fax +353 65 9055247

**Bill To:**
Embassy of the United States of America
42 Elgin Road
Ballsbridge
Dublin 4
Ireland

DATE RETURNED FROM GSO

2 1 MAY 2019

BUDGET & FISCAL OFFICE

| | Net | Vat 13.5 % | Amount |
|---|---|---|---|
| **Purchase Order : 19E13019P0224** | | | |
| Name of group: LARA TRUMP Visit | | | |
| Arrival date: (b)(7)(E) | | | |
| Departure date: (b)(7)(E) | | | |
| Number of guests: (b)(7)(E) people in total on various dates | | | |
| Various room types at Trump International Doonbeg | | | |
| Rate per night per room is (b)(7)(E) room nights | € 6,422.91 | € 867.09 | € 7,290.00 |
| | Subtotal | € | 6,422.91 |
| | Vat | € | 867.09 |
| | **Total Due** | € | **7,290.00** |

Make all cheques Trump International Hotel & Golf Links Doonbeg
Wiring Details:

Account Name: TIGL Ireland Management Ltd
Sort Code: 93-54-25
Account No. (b)(6)
SWIFT:AIBKIE2D
IBAN (b)(4)

(b)(6)

THANK YOU FOR YOUR BUSINESS!