# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**WP COMPANY LLC**
**d/b/a THE WASHINGTON POST**,

      Plaintiff,

  v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY, et al.**,

      Defendants.

Case No. 1:20-cv-1487-TNM

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Amend the Scheduling Order, any response thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. Defendant the U.S. Department of State shall make a second production of no less than 300 pages on or before October 30, 2020; and

3. The parties shall appear by telephone for a status conference on October __, 2020, at _____, before Judge Trevor N. McFadden. The Director of the Department of State's Office of Information Programs and Services, Mr. Eric F. Stein, shall appear by telephone for the conference as well. Dial-in information will be emailed to counsel.

**SO ORDERED**.

 

_____
TREVOR N. McFADDEN
United States District Judge