UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC <br> d/b/a THE WASHINGTON POST, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 20-1487 (TNM) |

## O R D E R

THIS MATTER is before the Court on Plaintiff's motion to modify the August 18, 2020 Order. Defendant State Department opposes the motion. Based on the entire record in this case, the Court finds that Plaintiff has failed to show good cause for the relief requested. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion to modify is hereby **DENIED**.

_____   _____
Date                TREVOR N. McFADDEN
                    United States District Judge