UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 20-1487 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 26, 2020 Minute Order, Plaintiff WP Company LLC d/b/a The Washington Post (the "*Post*") and Defendants the U.S. Department of Homeland Security and the U.S. Department of State (the "State Department") respectfully submit this joint status report.

**I.    Status Of The *Post*'s FOIA Requests**

This case concerns nineteen separate requests submitted by the *Post* under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") – eleven to the United States Secret Service and eight to the State Department – for information relating to costs incurred by federal agencies in connection with particular domestic or international trips taken by President Trump and members of his family.  As outlined more fully below, the *Post* proposes to amend the Complaint.

**A.    Secret Service Requests**

The *Post* has received records responsive to each of the eleven requests to the Secret Service currently at issue in this case.  The Secret Service considers its responses to date to constitute final responses to each of those requests.  The *Post* continues to evaluate whether summary judgment proceedings will be necessary with respect to any of the Secret Service's

withholdings related to these eleven requests.

### B. State Department Requests

The State Department reports that it made a third production of responsive, non-exempt records on December 14, 2020. The Department released 17 documents totaling 169 pages. The Department further reports that it has identified additional records that are potentially responsive to Plaintiffs' requests. The Department reports that it has begun processing those records. The Department reports that it expects to make its fourth production of responsive, non-exempt material on or before February 15, 2021.

## II. Proposals Regarding Further Scheduling

### A. The *Post*'s Position

The State Department represents that it has located "460 pages of responsive and non-duplicative records" in response to the *Post*'s requests. *See* Dkt. 18 at 2. To date, the State Department has produced 189 of those pages to the *Post* (2 pages in October, 18 pages in November, and 169 pages in December). That leaves 271 additional pages for the State Department still to produce or withhold.

The *Post* does not object to the State Department's request to delay its next production until February 2021 given the constraints it has identified. But the fact remains that more than half of the responsive and non-duplicative records that the State Department has identified remain unproduced even though the agency located most of those records back in August. *See* Dkt. 13-1 at ¶ 47 ("Thus far, State has collected approximately 450 pages of potentially responsive documents."). The *Post* therefore requests that the Court order the State Department to complete processing and production of the remaining 271 pages on or before February 15, 2021.

Separately, the *Post* has notified DOJ counsel that 12 additional FOIA requests submitted

to the Secret Service, and 5 additional FOIA requests submitted to the State Department, have gone more than twenty working days without a response, in violation of FOIA. Because those requests also seek information relating to costs incurred in connection with domestic or international trips taken by President Trump and members of his family, the *Post* has requested that Defendants consent to the filing of an Amended Complaint that would bring those requests into this litigation without the costs and inefficiencies of filing a separate, related lawsuit and subsequently seeking consolidation.

      B.     **Defendants' Position**

The defendants do not anticipate consenting to amendment of the complaint at this advanced stage of the litigation and of processing of the at-issue FOIA requests to add claims relating to additional FOIA requests. The usual handling attorney for this matter has been hospitalized for the past week, however, and determination of the government's position should be left until her return to the (virtual) office.

As for plaintiff's proposal that all processing be completed by February 2021, regrettably that is not currently workable. The State Department remains severely limited in its FOIA processing capacity due to the worsening COVID-19 pandemic. On July 27, 2020, the State Department entered Phase Two of its plan to resume normal operations in its Washington, D.C. offices. Between July 27 and November 25, 2020, bureaus were no longer required to maximize telework but were encouraged to continue maximizing telework and extending telework flexibilities. However, in light of rising COVID-19 cases across the country, the Department made an initial announcement on November 25, 2020, that it was reverting to a more restrictive policy and, on December 21, 2020, announced that it was officially regressing to Phase One until January 18, 2021. Phase One requires that offices maximize telework. While the Department is still

assessing the impact the regression to Phase One may have on its onsite FOIA litigation staffing, the Department anticipates that this reversion to maximizing telework will further constrain the Department's ability to process its FOIA litigation cases, including obtaining clearances from internal Department and external Executive Branch components.

    Notwithstanding these constraints, the State Department expects to make its fourth production of responsive, non-exempt material on or before February 15, 2021, and will continue to make periodic releases thereafter, given the extraordinary limitations facing the Department due to the current pandemic.

*   *   *

Dated:  December 31, 2020

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Kristel Tupja (#888324914)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
tupjak@ballardspahr.com

*Counsel for Plaintiff WP Company LLC*
*d/b/a The Washington Post*


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/
PETER C. PFAFFENROTH, D.C. Bar #496637
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2513
Email: peter.pfaffenroth@usdoj.gov

*Counsel for Defendants*