UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:20-cv-1487-TNM |

## DECLARATION OF CHARLES D. TOBIN

Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner in the law firm of Ballard Spahr LLP, counsel for Plaintiff WP Company LLC d/b/a The Washington Post. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs. I have personal knowledge of the facts herein and would be competent to testify to them.

2. In this lawsuit, Plaintiff sought release of public records under the Freedom of Information Act ("FOIA") that Defendants U.S. Department of Homeland Security ("DHS") and U.S. Department of State (the "State Department") had wrongly withheld. This Court issued several Orders directing the State Department to release all records containing the information sought by Plaintiffs' FOIA requests: Aug. 18, 2020 Order (directing the State Department to "make an initial production of responsive records by October 15, 2020); Oct. 1, 2020 Minute Order (directing the State Department to "make a second production on or before November 16, 2020); Dec. 1, 2020 Minute Order (directing the State Department to "make another production on or before December 14, 2020); Jan. 4, 2021 Minute Order (directing the State Department to "make another production on or before February 15, 2021).

3. Ballard Spahr has represented Plaintiff throughout this entire litigation. Plaintiff has paid all fees and costs for this litigation.

4. Ballard Spahr is a national law firm, with offices in 13 states – Arizona, California, Colorado, Delaware, Georgia, Maryland, Minnesota, Nevada, New Jersey, New York, Pennsylvania, South Dakota, and Utah – and the District of Columbia.

5. Ballard Spahr regularly assists clients in obtaining access to government records through FOIA, and my colleagues and I frequently litigate such cases in trial and appellate courts throughout the country. The firm and its attorneys have earned a national reputation for the quality of the legal services we provide to our clients in actions such as this one. In its 2022 rankings, for example, Chambers USA recognized several Ballard Spahr attorneys as among the most accomplished First Amendment litigators in the country, and rated Ballard Spahr in the highest "band" of media and entertainment law practices nationwide and in the District of Columbia. U.S. News & World Report likewise named Ballard Spahr the national "Law Firm of the Year" for First Amendment litigation in 2022.

6. I am the partner responsible for this matter. I have supervised the work of associate attorneys Maxwell S. Mishkin, Kristel Tupja, and Margaret Strouse and the paralegals who assisted in this case, and I reviewed and edited all submissions to the Court. I was also responsible for communicating with the Defendants' counsel throughout the litigation and providing Plaintiffs with timely updates and taking strategic direction in response.[1] I set forth below my relevant qualifications and experience, as well as those of Mr. Mishkin, Ms. Tupja, and Ms. Strouse.

---

[1] References in the billing documents to "J. McLaughlin" and "N. Jones" refer to the following client points of contact: James McLaughlin, Deputy General Counsel for The Washington Post and Nate Jones, FOIA Director for The Washington Post.

7.      I graduated from the University of Florida College of Law in 1989.  Since that time, I have represented plaintiffs in open records requests and other related litigation in courts across the country.  I have been recognized as a leading media and entertainment attorney by both Chambers USA and Best Lawyers, and I have served as Chair of the First Amendment and media law professional groups for the American Bar Association, the District of Columbia Bar Association and the Florida Bar, and I served as the Editor in Chief of the American Bar Association journal LITIGATION.  Additional information regarding my background and experience is available at https://www.ballardspahr.com/people/attorneys/tobin-charles.

8.      Maxwell S. Mishkin is an associate with our firm who graduated from Yale Law School in 2014, and served as a law clerk to the Honorable William H. Yohn, Jr. of the United States District Court for the Eastern District of Pennsylvania.  Mr. Mishkin previously was with the highly regarded First Amendment boutique law firm Levine Sullivan Koch & Schulz LLP, which merged with Ballard Spahr in October 2017.  Since joining Ballard Spahr, Mr. Mishkin has represented media clients in open records cases and related actions in the District of Columbia and across the country.  Additional information regarding Mr. Mishkin's experience and background is available at https://www.ballardspahr.com/people/attorneys/mishkin-max.  In this case, Mr. Mishkin conducted much of the factual and legal research and principally handled drafting and editing the Plaintiffs' pleadings and subsequent papers filed with the Court.

9.      Kristel Tupja is former an associate of our firm who graduated from William & Mary Law School in 2017.  She began working with the Media & Entertainment group at Ballard Spahr in 2019, where Ms. Tupja represented media clients in open records cases and related actions in the District of Columbia. Ms. Tupja has since left the firm for an in-house position.  In this case, Ms. Tupja assisted with factual and legal research and drafting, editing, and filing the

Plaintiff's pleadings and subsequent papers filed with the Court.

10. Margaret N. Strouse is an associate with our firm who graduated from American University Law School in 2020. She began working with the Media & Entertainment group at Ballard Spahr in 2021, where Ms. Strouse has represented media clients in open records cases and related actions in the District of Columbia. Additional information regarding Ms. Strouse's experience and background is available at https://www.ballardspahr.com/people/attorneys/strouse-margaret. In this case, Ms. Strouse assisted in drafting, editing, and filing Plaintiff's motion for attorney's fees.

11. Two paralegals also assisted with this case: Scott Bailey, who graduated from Cornell University in 1988, and Ryan Relyea, who graduated from Pennsylvania State University in 2013.

12. Where the hourly rates that Ballard Spahr actually charged in this matter are higher, Plaintiff voluntarily limits their reimbursement of fees in this case to the reduced levels of hourly rates set forth in the Fitzpatrick Matrix. A copy of the Fitzpatrick Matrix is attached to this Declaration as Exhibit A, and is also available at: https://www.justice.gov/usao-dc/page/file/1504361/download. According to the Fitzpatrick Matrix, the hourly rates for the attorneys and paralegals who worked on this case over two years this case was pending are:

| Name | Position | 2020 Hourly Rate | 2021 Hourly Rate | 2022 Hourly Rate |
|---|---|---|---|---|
| Charles D. Tobin | Partner | $723 | $730 | $757 |
| Maxwell S. Mishkin | Associate | $514 | $532 | $563 |
| Kristel Tupja | Associate | $471 | $489 | N/A |
| Margaret N. Strouse | Associate | N/A | N/A | $457 |
| Scott E. Bailey | Paralegal | $199 | $200 | $207 |
| Ryan R. Relyea | Paralegal | $199 | $200 | $207 |

13. Ballard Spahr's standard hourly rates for the attorneys and paralegals who worked

4

on this case over the two years this litigation was pending are:

| Name | Position | 2020 Hourly Rate | 2021 Hourly Rate | 2022 Hourly Rate |
|---|---|---|---|---|
| Charles D. Tobin | Partner | $815 | $850 | $895 |
| Maxwell S. Mishkin | Associate | $505 | $575 | $700 |
| Kristel Tupja | Associate | $405 | $440 | N/A |
| Margaret N. Strouse | Associate | N/A | N/A | $515 |
| Scott E. Bailey | Paralegal | $290 | $300 | N/A |
| Ryan R. Relyea | Paralegal | $290 | $300 | N/A |

14.     Plaintiff seeks reimbursement for 168.70 hours of work by attorneys and paralegals, which results in fees of $91,290.60 calculated using the applicable Fitzpatrick rates for Mr. Mishkin, Ms. Tupja, Ms. Strouse, Mr. Relyea, and Mr. Bailey, and myself.  Plaintiff further seeks reimbursement of costs totaling $741.55 for filing fees and associated expenses.

15.     Invoices reflecting a detailed breakdown of the fees and expenses sought in the Plaintiff's Motion are attached as Exhibit B.[2]

16.     Based on the foregoing, on behalf of the Plaintiff, we seek a total of $92,032.15, which includes $91,290.60 in attorney's fees and $741.55 in expenses for work performed between the filing of this lawsuit and present motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2022.

                                        /s/Charles D. Tobin
                                        Charles D. Tobin

---

[2] Defendants are not seeking reimbursement of the $99.00 of Lexis Research charges listed on the invoice.