# Exhibit B

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 4/24/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Telephone conference with J. McLaughlin and K. Clark re: **[redacted]**; review press clips on information released historically on this issue. |
| 4/27/2020 | Maxwell S. Mishkin | 1.40 | $ 514.00 | $ 719.60 | Begin drafting FOIA complaint and legal research regarding same. |
| 4/28/2020 | Maxwell S. Mishkin | 1.30 | $ 514.00 | $ 668.20 | Continue drafting FOIA complaint. |
| 4/29/2020 | Maxwell S. Mishkin | 4.30 | $ 514.00 | $ 2,210.20 | Continue drafting FOIA complaint. |
| 5/2/2020 | Charles D. Tobin | 0.80 | $ 723.00 | $ 578.40 | Review newsroom memo on current FOIA requests not responded to, history of its previous requests, and prior litigation for these same types of records (0.3); review and revise draft complaint (0.5). |
| 5/2/2020 | Maxwell S. Mishkin | 0.60 | $ 514.00 | $ 308.40 | Continue drafting Secret Service FOIA complaint. |
| 5/4/2020 | Charles D. Tobin | 0.40 | $ 723.00 | $ 289.20 | Review emails from D. Fahrenthold re: **[redacted]**; email with J. McLaughlin re: **[redacted]**. |
| 5/7/2020 | Maxwell S. Mishkin | 0.30 | $ 514.00 | $ 154.20 | Review emails from D. Fahrenthold regarding **[redacted]**. |
| 5/7/2020 | Charles D. Tobin | 0.30 | $ 723.00 | $ 216.90 | Review two emails from D. Fahrenthold with **[redacted]**. |
| 5/21/2020 | Kristel Tupja | 0.40 | $ 471.00 | $ 188.40 | Strategy re: revisions to FOIA complaint |
| 5/21/2020 | Maxwell S. Mishkin | 0.40 | $ 514.00 | $ 205.60 | Call with K. Tupja re updating draft FOIA complaint. |
| 5/21/2020 | Charles D. Tobin | 0.50 | $ 723.00 | $ 361.50 | Review three emails from D. Fahrenthold with **[redacted]**; email to J. McLaughlin re: **[redacted]**. |
| 5/25/2020 | Kristel Tupja | 3.50 | $ 471.00 | $ 1,648.50 | Revise draft complaint; review all open USSS and State Dept. FOIA requests; draft chart tracking status for same |
| 5/26/2020 | Maxwell S. Mishkin | 0.90 | $ 514.00 | $ 462.60 | Formulate strategy regarding FOIA complaint and continue drafting same. |
| 5/27/2020 | Maxwell S. Mishkin | 2.00 | $ 514.00 | $ 1,028.00 | Continue drafting FOIA complaint and formulating strategy regarding additional requests and administrative appeals. |
| 5/27/2020 | Kristel Tupja | 1.90 | $ 471.00 | $ 894.90 | Strategy call re: draft complaint revisions; revise FOIA status chart; draft correspondence re: same |
| 5/27/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review email from M. Mishkin re: status of various Post requests, denials; telephone conference to flesh out recommendation, what is still needed from Post; revise and send email to clients with status, requests, recommendations. |
| 5/29/2020 | Kristel Tupja | 3.10 | $ 471.00 | $ 1,460.10 | Review additional State Department and USSS FOIA request documents; review revised status chart; revise complaint accordingly |
| 5/29/2020 | Maxwell S. Mishkin | 1.60 | $ 514.00 | $ 822.40 | Continue drafting FOIA complaint and review client materials to revise complaint accordingly. |
| 5/30/2020 | Kristel Tupja | 0.40 | $ 471.00 | $ 188.40 | Review revised draft complaint; update Exhibit references for same |
| 5/31/2020 | Kristel Tupja | 0.50 | $ 471.00 | $ 235.50 | Revise draft complaint to update State Department open requests and reporting |
| 5/31/2020 | Maxwell S. Mishkin | 0.30 | $ 514.00 | $ 154.20 | Review email from D. Fahrenthold and respond regarding **[redacted]**. |
| 6/1/2020 | Kristel Tupja | 0.10 | $ 471.00 | $ 47.10 | Strategy re: exhibits to draft complaint |
| 6/1/2020 | Maxwell S. Mishkin | 1.00 | $ 514.00 | $ 514.00 | Continue drafting FOIA complaint as revised against both DHS and State Department. |
| 6/2/2020 | Kristel Tupja | 0.60 | $ 471.00 | $ 282.60 | Compile exhibits for complaint |
| 6/3/2020 | Maxwell S. Mishkin | 0.40 | $ 514.00 | $ 205.60 | Review cite-checks to FOIA complaint. |
| 6/3/2020 | Kristel Tupja | 0.50 | $ 471.00 | $ 235.50 | Review cite-check revisions for draft complaint |
| 6/3/2020 | Scott E. Bailey | 2.10 | $ 199.00 | $ 417.90 | Review, analyze and revise citations in new FOIA complaint re Secret Service expense records for legal validity, accuracy and proper format. |
| 6/4/2020 | Maxwell S. Mishkin | 1.40 | $ 514.00 | $ 719.60 | Continue revising FOIA complaint and prepare summonses, cover sheet, and corporate disclosure. |
| 6/4/2020 | Kristel Tupja | 0.40 | $ 471.00 | $ 188.40 | Attention to minor revisions in draft complaint; finalize same |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 6/4/2020 | Charles D. Tobin | 0.50 | $ 723.00 | $ 361.50 | Review and revise draft lawsuit for filing tomorrow; confer with M. Mishkin re: portion of request where reporter **[redacted]**. |
| 6/5/2020 | Charles D. Tobin | 0.30 | $ 723.00 | $ 216.90 | Assist in finalizing complaint for finalizing, and review court assignment. |
| 6/5/2020 | Maxwell S. Mishkin | 1.40 | $ 514.00 | $ 719.60 | Finalize and coordinate filing of complaint and preliminary research regarding assigned judge. |
| 6/8/2020 | Maxwell S. Mishkin | 0.30 | $ 514.00 | $ 154.20 | Coordinate service of process. |
| 6/8/2020 | Scott E. Bailey | 0.30 | $ 199.00 | $ 59.70 | Revise and file summons to Attorney General; exchange email with process server regarding service of summonses and complaint. |
| 6/10/2020 | Scott E. Bailey | 0.30 | $ 199.00 | $ 59.70 | Obtain summons issued to Attorney General; exchange email with process server regarding service of summons and complaint on AG. |
| 6/11/2020 | Scott E. Bailey | 0.20 | $ 199.00 | $ 39.80 | Obtain, finalize and file proof of service of summons and complaint upon US Attorney. |
| 7/6/2020 | Scott E. Bailey | 0.20 | $ 199.00 | $ 39.80 | Finalize and file affidavit of service on US Department of State. |
| 7/7/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review email from AUSA requesting 45-day delay in any productions; review complaint to refresh on timing of the FOIAs, and prepare strategy for counter-proposal; email to AUSA to request they not file status report until we have a chance to consult our clients. |
| 7/7/2020 | Kristel Tupja | 0.10 | $ 471.00 | $ 47.10 | Review correspondence from AUSA re: draft joint status report. |
| 7/7/2020 | Maxwell S. Mishkin | 0.90 | $ 514.00 | $ 462.60 | Review proposed joint status report and formulate strategy regarding proposed schedule. |
| 7/8/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review follow-up email from AUSA agreeing to await court's scheduling order before submitting JSR. |
| 7/8/2020 | Maxwell S. Mishkin | 1.10 | $ 514.00 | $ 565.40 | Review Answer and summarize for client. |
| 7/8/2020 | Charles D. Tobin | 0.50 | $ 723.00 | $ 361.50 | Review and analyze answer filed by DHS and State, and order from court setting deadline for JSR. |
| 7/25/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review and respond to email from M. Mishkin re: joint scheduling report due next week. |
| 7/26/2020 | Maxwell S. Mishkin | 0.90 | $ 514.00 | $ 462.60 | Draft Joint Status Report and proposed briefing schedule. |
| 7/28/2020 | Maxwell S. Mishkin | 1.10 | $ 514.00 | $ 565.40 | Revise joint status report and proposed briefing schedule in light of draft from opposing counsel. |
| 7/28/2020 | Charles D. Tobin | 0.70 | $ 723.00 | $ 506.10 | Review email from counsel for DHS and State with their proposed JSR that does not conform to the Court's requirements; review court's minute order with requirements; revise new draft JSR and send to counsel with note **[redacted]**. |
| 7/28/2020 | Kristel Tupja | 0.10 | $ 471.00 | $ 47.10 | Attention to draft JSR from opposing counsel. |
| 7/29/2020 | Charles D. Tobin | 1.80 | $ 723.00 | $ 1,301.40 | Review follow-up email on JSR from government counsel; conduct conference call with government counsel to try to narrow issues that will require the court's resolution; confer with M. Mishkin re: follow-up strategy and report to clients; review government's new portion to join scheduling report, confer with Mishkin, and together right new sections for the Post's portion urging for a more near-term and firm production schedule. |
| 7/29/2020 | Maxwell S. Mishkin | 2.70 | $ 514.00 | $ 1,387.80 | Continue revising joint status report and proposed schedule. |
| 7/30/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review court's order setting status conference, and confer with M. Mishkin about strategy. |
| 7/31/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review court order setting status conference instead of a briefing schedule; respond to email from judge's law clerk re: status conference. |
| 8/10/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review email from Post that **[redacted]**; review email from government counsel re: number of FOIAs fulfilled; telephone conference with M. Mishkin to prepare for hearing tomorrow. |
| 8/11/2020 | Maxwell S. Mishkin | 2.50 | $ 514.00 | $ 1,285.00 | Prepare for, attend, and communicate with client regarding status conference. |
| 8/11/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review email from D. Fahrenthold with **[redacted]**; email to Fahrenthold with **[redacted]**; review and confer with M. Mishkin re: his report on scheduling hearing today. |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 8/12/2020 | Charles D. Tobin | 0.50 | $ 723.00 | $ 361.50 | Review memo from D. Fahrenthold **[redacted]**; review State Dept. declaration filed in court re: production schedule they propose. |
| 8/12/2020 | Maxwell S. Mishkin | 1.10 | $ 514.00 | $ 565.40 | Review State Department declaration regarding processing schedule and begin drafting response. |
| 8/12/2020 | Kristel Tupja | 0.10 | $ 471.00 | $ 47.10 | Strategy re: letter to DOJ re: redactions in produced documents. |
| 8/13/2020 | Charles D. Tobin | 0.30 | $ 723.00 | $ 216.90 | Review declaration DOJ filed re: delays in search, and confer with M. Mishkin re: recommended response. |
| 8/13/2020 | Kristel Tupja | 1.10 | $ 471.00 | $ 518.10 | Strategy re: letter to DOJ re: 7E exemptions in redacted documents; begin drafting letter re: same. |
| 8/13/2020 | Maxwell S. Mishkin | 3.60 | $ 514.00 | $ 1,850.40 | Draft response to State Department declaration. |
| 8/14/2020 | Kristel Tupja | 1.90 | $ 471.00 | $ 894.90 | Complete draft 7(E) redaction letter to DOJ; strategy re: same. |
| 8/16/2020 | Maxwell S. Mishkin | 2.40 | $ 514.00 | $ 1,233.60 | Continue drafting letter in response to improper Exemption 7(E) withholdings. |
| 8/17/2020 | Scott E. Bailey | 0.50 | $ 199.00 | $ 99.50 | Review citations in response to State Department declaration for legal validity, accuracy and proper format; finalize and file same. |
| 8/17/2020 | Kristel Tupja | 1.40 | $ 471.00 | $ 659.40 | Revise letter to DOJ re: improper redactions. |
| 8/17/2020 | Maxwell S. Mishkin | 1.00 | $ 514.00 | $ 514.00 | Revise letter to opposing counsel regarding Exemption 7(E) withholdings. |
| 8/17/2020 | Charles D. Tobin | 1.20 | $ 723.00 | $ 867.60 | Review email from D. Fahrenthold **[redacted]**; review recent reports on court hearing, State's and Secret Services' positions, and email response to his question; review and revise draft letter to government counsel demanding re-production of materials with 7(E) redactions that make no sense and reflect info that has been disclosed elsewhere in the disclosures; email to clients with **[redacted]**. |
| 8/18/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review court's order denying Post request for scheduling order directed to State Department and setting their initial response deadline at Oct. 15; confer with M. Mishkin on where this leaves the overall production schedule; email to report to clients **[redacted]**. |
| 9/1/2020 | Charles D. Tobin | 0.50 | $ 723.00 | $ 361.50 | Review letter from Secret Service counsel declining to release further info, claiming error in releasing some of the info to date, and providing a federal case from NY re: Secret Service FOIA for Trump 2016 campaign flights. |
| 9/3/2020 | Charles D. Tobin | 0.70 | $ 723.00 | $ 506.10 | Review Secret Service counsel email responding to letter re: discrepancies in productions, refusing to furnish more info, and review court case they included with their response; review and respond to N. Jones to report **[redacted]**. |
| 9/4/2020 | Charles D. Tobin | 0.10 | $ 723.00 | $ 72.30 | Review email from N. Jones to **[redacted]**. |
| 9/22/2020 | Charles D. Tobin | 0.30 | $ 723.00 | $ 216.90 | Review email from N. Jones **[redacted]**. |
| 9/24/2020 | Maxwell S. Mishkin | 0.80 | $ 514.00 | $ 411.20 | Formulate strategy regarding State Department FOIA requests and joint status report. |
| 9/24/2020 | Charles D. Tobin | 1.90 | $ 723.00 | $ 1,373.70 | Video conference with J. McLaughlin, D. Fahrenthold and N. Jones **[redacted]**; conference with M. Mishkin re: communication to go to DOJ counsel in anticipation of next week's JSR deadline; review, revise, and send to clients for review proposed communication to DOJ counsel; following client feedback, finalize and send communication to counsel; review and respond to email from DOJ counsel re: status of her discussion with State Department. |
| 9/28/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Email exchange with DOJ counsel re: progress on finalizing JSR due this week. |
| 9/29/2020 | Maxwell S. Mishkin | 1.60 | $ 514.00 | $ 822.40 | Revise joint status report. |
| 9/29/2020 | Charles D. Tobin | 0.60 | $ 723.00 | $ 433.80 | Review email from DOJ counsel and review their proposed joint scheduling report; email to clients with recommended revised draft, and review their approval; email revised draft to DOJ counsel. |
| 9/30/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review and respond to email from DOJ counsel with their additional changes to JSR draft. |
| 10/1/2020 | Charles D. Tobin | 0.20 | $ 723.00 | $ 144.60 | Review order from court setting out next deadline for State Dept. production; review email from J. McLaughlin with reaction. |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 10/15/2020 | Charles D. Tobin | 0.80 | $723.00 | $578.40 | Three email exchanges with D. Fahrenthold re: [redacted], interim discussion with M. Mishkin re: DOJ counsel advising State will only release two pages, follow-up email with clients re: [redacted]; review and respond to email from Fahrenthold [redacted]. |
| 10/15/2020 | Maxwell S. Mishkin | 4.00 | $514.00 | $2,056.00 | Communicate with opposing counsel regarding production of records and draft motion for amended scheduling order. |
| 10/16/2020 | Maxwell S. Mishkin | 1.50 | $514.00 | $771.00 | Finalize and coordinate filing of motion to amend scheduling order. |
| 10/16/2020 | Ryan R. Relyea | 0.60 | $199.00 | $119.40 | Research case histories and review citations and quotations in motion to amend for accuracy; prepare and file same. |
| 10/16/2020 | Charles D. Tobin | 0.40 | $723.00 | $289.20 | Review and revise draft motion to amend scheduling order in response to State Dept. production of just two pages of records on their production deadline; review DOJ counsel response to meet and confer email, then confer with M. Mishkin re: filing motion. |
| 10/20/2020 | Charles D. Tobin | 0.20 | $723.00 | $144.60 | Review email from D. Fahrenthold re: [redacted]. |
| 10/22/2020 | Charles D. Tobin | 0.20 | $723.00 | $144.60 | Review State Dept. opposition to motion to amend scheduling order. |
| 10/25/2020 | Charles D. Tobin | 2.00 | $723.00 | $1,446.00 | Review all JSR's, court minute orders and Stein declaration and prepare outline for hearing tomorrow on motion to amend or modify scheduling order; conference with M. Mishkin to discuss additional points to complete sided raising at hearing. |
| 10/25/2020 | Maxwell S. Mishkin | 1.80 | $514.00 | $925.20 | Prepare for hearing on motion to amend scheduling order. |
| 10/26/2020 | Charles D. Tobin | 0.80 | $723.00 | $578.40 | Further preparation for and attend hearing on motion to amend scheduling order; conference with M. Mishkin re: preparing for next release of records; email report to clients on [redacted]. |
| 10/26/2020 | Maxwell S. Mishkin | 1.90 | $514.00 | $976.60 | Final preparations for status conference and attend same, legal research regarding judicial management of inter-agency consultation process. |
| 11/12/2020 | Charles D. Tobin | 0.20 | $723.00 | $144.60 | Review and respond to N. Jones request for [redacted]. |
| 11/16/2020 | Charles D. Tobin | 0.30 | $723.00 | $216.90 | Review email from N. Jones with [redacted]. |
| 11/17/2020 | Charles D. Tobin | 0.40 | $723.00 | $289.20 | Review latest batch of FOIA documents released by State. |
| 11/18/2020 | Maxwell S. Mishkin | 0.30 | $514.00 | $154.20 | Review November 2020 production and formulate strategy regarding possible challenge to withholdings. |
| 11/24/2020 | Maxwell S. Mishkin | 1.00 | $514.00 | $514.00 | Draft and revise joint status report. |
| 11/24/2020 | Charles D. Tobin | 0.20 | $723.00 | $144.60 | Review email from DOJ counsel re: government's position for next joint status report, potential position for the Post. |
| 11/24/2020 | Charles D. Tobin | 0.50 | $723.00 | $361.50 | Review and revise two versions of draft portion of Post's JSR and email M. Mishkin with additions. |
| 11/28/2020 | Charles D. Tobin | 0.30 | $723.00 | $216.90 | Email to Post to request [redacted]; prepare email to DOJ counsel with Post's portion of proposed JSR. |
| 11/30/2020 | Charles D. Tobin | 0.90 | $723.00 | $650.70 | Review draft of government portion of joint scheduling report and email requesting extra extension to December 14 for disclosures; email to counsel requesting number of documents expected to be processed for December 14 date, and being told State Dept. cannot provide that estimate; recommend to Post, and with their agreement, revise Post portion of draft JSR [redacted]; review and respond to interim email from counsel; |
| 11/30/2020 | Maxwell S. Mishkin | 0.40 | $514.00 | $205.60 | Revise joint status report and communicate with C. Tobin regarding same. |
| 12/1/2020 | Charles D. Tobin | 0.50 | $723.00 | $361.50 | Review court's minute order declining to set a briefing schedule; email to clients to [redacted]; conference with J. McLaughlin and N. Jones re: [redacted]. |
| 12/17/2020 | Charles D. Tobin | 0.80 | $723.00 | $578.40 | Review email from J. McLaughlin re: [redacted]; email to State Dept. counsel with copy of order, to inquire about delay; review counsel's response with documents purportedly sent to Post earlier in the week, and email to McLaughlin to [redacted]; review email from Post and then sent email to counsel advising Post reports it did not receive FOIA materials, must have bounced back, please alert me when sending new materials; review counsel's response asking for more info on the bounceback, inquire of the Post, and send responsive email. |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 12/23/2020 | Charles D. Tobin | 0.40 | $723.00 | $289.20 | Review email from counsel for State Dept. advising no new disclosures until February, asking for cooperation for upcoming JSR; confer on strategy with M. Mishkin. |
| 12/26/2020 | Maxwell S. Mishkin | 0.60 | $514.00 | $308.40 | Draft joint status report. |
| 12/28/2020 | Charles D. Tobin | 0.70 | $723.00 | $506.10 | Review email from counsel for State Department re: upcoming JSR and production postponement; revise and send to J. McLaughlin and N. Jones proposal to send to State; confer with M. Mishkin re: strategy for JSR call with opposing counsel. |
| 12/28/2020 | Maxwell S. Mishkin | 0.80 | $514.00 | $411.20 | Formulate strategy regarding Joint Status Report and amended pleadings. |
| 12/29/2020 | Maxwell S. Mishkin | 0.70 | $514.00 | $359.80 | Continue drafting joint status report. |
| 12/29/2020 | Charles D. Tobin | 0.40 | $723.00 | $289.20 | Email exchange with M. Mishkin to determine best approach with Secret Service counsel for amended complaint; email draft joint scheduling report and suggestion to Post for **[redacted]**. |
| 12/30/2020 | Charles D. Tobin | 1.10 | $723.00 | $795.30 | Email exchange with J. McLaughlin and **[redacted]**; revise draft JSR to reflect that proposal, and prepare email to government counsel with list of outstanding FOIA requests to Secret Service, and proposal for February 15 disclosure of remaining State Department documents; review email from N. Jones re: **[redacted]**; prepare new email to State Dept. with revised list of FOIA issues now ripe for litigation, including both State and Secret Service requests; update the Post on status. |
| 12/30/2020 | Maxwell S. Mishkin | 0.20 | $514.00 | $102.80 | Revise proposed joint status report. |
| 12/31/2020 | Charles D. Tobin | 0.50 | $723.00 | $361.50 | Email exchange with substitute government counsel, stepping in for colleague who was unexpectedly hospitalized, where I suggested asking for continuance of JSR deadline, but he would prefer to proceed; review government's portion of draft JSR; report, after filing, to Post clients on **[redacted]**. |
| 1/4/2021 | Kristel Tupja | 4.10 | $489.00 | $2,004.90 | Review additional ripe FOIA requests; draft motion for leave to amend complaint. |
| 1/4/2021 | Maxwell S. Mishkin | 0.40 | $532.00 | $212.80 | Call with K. Tupja regarding motion for leave to amend and proposed amended complaint, and legal research regarding same. |
| 1/4/2021 | Charles D. Tobin | 0.20 | $730.00 | $146.00 | Review and report to clients minute order from court placing no minimum pages on State Dept. for February 15 disclosure. |
| 1/5/2021 | Kristel Tupja | 4.30 | $489.00 | $2,102.70 | Continue drafting motion for leave to amend complaint and proposed amended complaint. |
| 1/5/2021 | Maxwell S. Mishkin | 2.00 | $532.00 | $1,064.00 | Continue drafting motion for leave to amend complaint and proposed amended complaint. |
| 1/6/2021 | Kristel Tupja | 1.20 | $489.00 | $586.80 | Review and revise motion for leave to amend complaint and proposed amended complaint. |
| 1/11/2021 | Kristel Tupja | 0.60 | $489.00 | $293.40 | Revise draft motion for leave; review email correspondence to the Post re: motion for leave and amended complaint. |
| 1/11/2021 | Charles D. Tobin | 1.20 | $730.00 | $876.00 | Review and revise draft motion for leave to amend complaint to add **[redacted]**; review and revise amended complaint to file with motion for leave; email to clients with **[redacted]**. |
| 1/15/2021 | Charles D. Tobin | 0.40 | $730.00 | $292.00 | Review email from N. Jones with **[redacted]**; email exchange with M. Mishkin re: plans to move forward, meet and confer. |
| 1/18/2021 | Kristel Tupja | 0.40 | $489.00 | $195.60 | Review amended complaint edits; incorporate same into current version; revise motion for leave to amend. |
| 1/19/2021 | Kristel Tupja | 0.50 | $489.00 | $244.50 | Review e-mail correspondence re: **[redacted]** with N. Jones; communicate final steps to cite check and review to S. Bailey. |
| 1/19/2021 | Maxwell S. Mishkin | 1.50 | $532.00 | $798.00 | Revise motion for leave to amend and proposed amended complaint and draft email to DOJ counsel regarding position on same. |
| 1/20/2021 | Kristel Tupja | 0.50 | $489.00 | $244.50 | Revise amended complaint and motion for leave; confer with M. Mishkin re: additional exhibits required. |
| 1/20/2021 | Scott E. Bailey | 3.60 | $200.00 | $720.00 | Review, analyze and revise citations in motion for leave to file amended complaint for legal validity, accuracy and proper format; review, analyze and revise amended complaint and exhibits for same. |
| 1/21/2021 | Kristel Tupja | 0.60 | $489.00 | $293.40 | Review additional acknowledgment letters and update amended complaint. |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 1/22/2021 | Scott E. Bailey | 1.60 | $ 200.00 | $ 320.00 | Strategize regarding possible redacting of amended complaint exhibits; review, finalize and file motion for leave, amended complaint, exhibits, redlined version of complaint, and proposed order. |
| 1/22/2021 | Kristel Tupja | 0.60 | $ 489.00 | $ 293.40 | Finalize motion for leave to amend and amended complaint for filing. |
| 1/22/2021 | Maxwell S. Mishkin | 1.10 | $ 532.00 | $ 585.20 | Finalize and coordinate filing of motion for leave to amend and proposed amended complaint. |
| 1/22/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review and revise motion for leave to amend complaint and amended complaint. |
| 1/26/2021 | Charles D. Tobin | 0.40 | $ 730.00 | $ 292.00 | Review email from N. Jones re: **[redacted]** and email to Jones re: **[redacted]**; review second email from Jones re: **[redacted]**. |
| 1/28/2021 | Maxwell S. Mishkin | 0.90 | $ 532.00 | $ 478.80 | Draft joint status report for January 2021. |
| 1/28/2021 | Charles D. Tobin | 0.50 | $ 730.00 | $ 365.00 | Review with M. Mishkin possible issues for JSR due tomorrow, which government said they would draft but have failed to do; review and revise draft JSR. |
| 1/29/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review two versions of JSR, and suggest revisions, following input from government counsel. |
| 2/5/2021 | Charles D. Tobin | 0.50 | $ 730.00 | $ 365.00 | Review government's opposition to motion for leave to amend; email to client with summary, recommended approach for the reply. |
| 2/8/2021 | Maxwell S. Mishkin | 4.50 | $ 532.00 | $ 2,394.00 | Draft reply in support of motion for leave to amend. |
| 2/10/2021 | Maxwell S. Mishkin | 0.90 | $ 532.00 | $ 478.80 | Continue drafting reply in support of motion for leave to amend. |
| 2/10/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review and revise draft reply brief re: motion for leave to amend. |
| 2/12/2021 | Ryan R. Relyea | 1.00 | $ 200.00 | $ 200.00 | Research case histories and review citations and quotations in reply in support of motion for leave to amend for accuracy; prepare and file same. |
| 2/12/2021 | Maxwell S. Mishkin | 0.30 | $ 532.00 | $ 159.60 | Finalize and coordinate filing of motion for leave to amend complaint. |
| 2/17/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review email from N. Jones reporting **[redacted]**; confer with M. Mishkin re: communications with DOJ counsel on the issue. |
| 2/26/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review and confer with M. Mishkin re: government's proposed joint scheduling report. |
| 3/1/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review minute order resetting schedule for joint scheduling reports; report **[redacted]** to the Post. |
| 3/4/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review documents from N. Jones **[redacted]**, and email to Jones with **[redacted]**. |
| 3/10/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review email from N. Jones with **[redacted]**. |
| 3/12/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review email from N. Jones with **[redacted]**. |
| 3/13/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review email from government counsel re: exhibits to amended complaint, and email exchange with M. Mishkin re: filing errata. |
| 3/15/2021 | Scott E. Bailey | 0.40 | $ 200.00 | $ 80.00 | Revise, finalize and file errata and corrected exhibit HH to amended complaint. |
| 3/15/2021 | Maxwell S. Mishkin | 1.40 | $ 532.00 | $ 744.80 | Draft and coordinate filing of errata. |
| 3/15/2021 | Kristel Tupja | 0.70 | $ 489.00 | $ 342.30 | Review errata draft for Exhibit HH; provide comments for same. |
| 3/15/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review draft of errata and confer with M. Mishkin re: submitting to court to correct mistaken exhibit attached to the initial filing. |
| 3/17/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review email from N. Jones, and note **[redacted]**. |
| 3/24/2021 | Charles D. Tobin | 0.50 | $ 730.00 | $ 365.00 | Review government's answer to amended complaint; check calendar for next scheduled deadlines; report to clients on **[redacted]**. |
| 4/18/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review and respond to email from N. Jones re: **[redacted]**. |
| 4/26/2021 | Maxwell S. Mishkin | 1.60 | $ 532.00 | $ 851.20 | Formulate strategy regarding and draft joint status report. |
| 4/26/2021 | Charles D. Tobin | 0.30 | $ 730.00 | $ 219.00 | Review and revise draft JSR and confer with M. Mishkin re: strategies to try to provide judge with opportunity to set a production schedule. |
| 4/27/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review revised version of JSR proposed by State Dept. |
| 4/27/2021 | Maxwell S. Mishkin | 0.20 | $ 532.00 | $ 106.40 | Review government's portion of joint status report. |

| Work Date | Timekeeper | Hours | Rate | Value | Narrative |
|---|---|---|---|---|---|
| 6/23/2021 | Maxwell S. Mishkin | 0.40 | $ 532.00 | $ 212.80 | Formulate strategy regarding joint status report and email N. Jones regarding **[redacted]**. |
| 8/16/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review email from opposing counsel re: day's delay in production, advise Post **[redacted]**, and respond to counsel. |
| 8/25/2021 | Charles D. Tobin | 0.40 | $ 730.00 | $ 292.00 | Review email from government counsel with draft JSR; review most recent court scheduling order and JSR; email draft and recommendation to clients. |
| 9/14/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review and respond to email from government's counsel re: documents they will release in September, but that the production will not be as fulsome as they had expected. |
| 10/25/2021 | Charles D. Tobin | 0.20 | $ 730.00 | $ 146.00 | Review and confer with M. Mishkin re: government's proposed JSR. |
| 1/4/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Review email from government counsel to meet and confer before next JSR is due. |
| 1/6/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Email to clients regarding **[redacted]**. |
| 4/12/2022 | Charles D. Tobin | 0.40 | $ 757.00 | $ 302.80 | Review email from DOJ counsel regarding remaining documents for disclosure; confer with Max Mishkin regarding **[redacted]**. |
| 4/13/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Review email from Nate Jones regarding **[redacted]**. |
| 4/25/2022 | Maxwell S. Mishkin | 0.30 | $ 563.00 | $ 168.90 | Meet-and-confer with government counsel regarding joint status report. |
| 5/31/2022 | Maxwell S. Mishkin | 1.30 | $ 563.00 | $ 731.90 | Legal research regarding fee eligibility and entitlement. |
| 6/17/2022 | Maxwell S. Mishkin | 1.70 | $ 563.00 | $ 957.10 | Begin drafting fee demand letter. |
| 6/21/2022 | Maxwell S. Mishkin | 1.50 | $ 563.00 | $ 844.50 | Continue drafting fee demand letter. |
| 6/22/2022 | Maxwell S. Mishkin | 1.90 | $ 563.00 | $ 1,069.70 | Continue drafting fee demand letter. |
| 6/23/2022 | Charles D. Tobin | 0.30 | $ 757.00 | $ 227.10 | Review and revise demand letter for attorney's fees claim. |
| 6/23/2022 | Maxwell S. Mishkin | 3.50 | $ 563.00 | $ 1,970.50 | Continue drafting fee demand letter and communicate with client regarding **[redacted]**. |
| 6/28/2022 | Maxwell S. Mishkin | 1.20 | $ 563.00 | $ 675.60 | Communicate with government counsel regarding fee demand and JSR. |
| 6/29/2022 | Maxwell S. Mishkin | 0.50 | $ 563.00 | $ 281.50 | Continue communicating with government counsel regarding fee demand and JSR. |
| 7/1/2022 | Maxwell S. Mishkin | 0.50 | $ 563.00 | $ 281.50 | Communicate with government counsel regarding Joint Status Report and negotiations over fee demand. |
| 7/18/2022 | Charles D. Tobin | 0.80 | $ 757.00 | $ 605.60 | Review Post's **[redacted]** to prepare for call with counsel; conduct call with counsel and discuss their view of liability for fees, their settlement range; prepare email to Jim McLaughlin with **[redacted]**. |
| 7/20/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Review and respond to email from Nate Jones regarding **[redacted]**. |
| 7/29/2022 | Charles D. Tobin | 1.00 | $ 757.00 | $ 757.00 | Telephone conference with J. McLauglin, regarding **[redacted]**; review email from McLaughlin with **[redacted]**; prepare draft email with **[redacted]**. |
| 8/4/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Review and respond to email from DOJ counsel regarding will discuss settlement counteroffer with her clients and respond ASAP. |
| 8/4/2022 | Margaret N. Strouse | 0.50 | $ 457.00 | $ 228.50 | Review C. Tobin's letter and government's emails re: settlement negotiations in preparation of drafting motion for attorneys fees. |
| 8/5/2022 | Charles D. Tobin | 0.20 | $ 757.00 | $ 151.40 | Follow-up email exchange with DOJ counsel regarding settlement discussions. |
| 8/8/2022 | Margaret N. Strouse | 0.10 | $ 457.00 | $ 45.70 | Follow up re: status of settlement negotiations in preparation of draft fees motion |
| 8/10/2022 | Margaret N. Strouse | 3.80 | $ 457.00 | $ 1,736.60 | Draft FOIA fees motion. |
| 8/11/2022 | Margaret N. Strouse | 1.50 | $ 457.00 | $ 685.50 | Draft FOIA fees motion. |
| 8/12/2022 | Margaret N. Strouse | 3.70 | $ 457.00 | $ 1,690.90 | Revise motion for attorney's fees (2.2); draft and revise Tobin declaration in support of same (1.5). |
| | **TOTAL** | **168.70** | | **$ 91,290.60** | |

| | | COST CARD LISTING |
|---|---|---|
| 8/15/2022 10:06 AM | | |

Matter: 00340440   **Secret Service FOIA/Trump Resorts**
Chargebacks   Washington Post Company

| Cost Index | Work Date | Cost Type | Quantity | Rate | Amount | WIP Qty | WIP Rate | WIP Amount | Billed | Timekeeper | Narrative | Std Rate | Standard Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9348185 | 6/24/2020 | Service of Subpoena | 1.00 | 110.15 | 110.15 | 1.00 | 110.15 | 110.15 | ✓ | 12474 | Capitol Process Services, Inc. - In voive #1578436 6/10/2020 - Service of summons and complaint on US Dept of Homeland Security | 110.15 | 110.15 |
| 9348183 | 6/24/2020 | Service of Subpoena | 1.00 | 110.15 | 110.15 | 1.00 | 110.15 | 110.15 | ✓ | 12474 | Capitol Process Services, Inc. - Invoice #1578435 6/10/2020- Service of summons and complaint on US Dept of State | 110.15 | 110.15 |
| 9348181 | 6/24/2020 | Service of Subpoena | 1.00 | 121.25 | 121.25 | 1.00 | 121.25 | 121.25 | ✓ | 12474 | Capitol Process Services, Inc. -Invoice #1578434 6/9/2020 - Service of summons and complaint on Michael Sherwin, Acting US Attorney for the District of Columbia | 121.25 | 121.25 |
| 9356156 | 7/6/2020 | Filing Fees | 1.00 | 400.00 | 400.00 | 1.00 | 400.00 | 400.00 | ✓ | 12301 | VISA_0720_3678_03 - COURTS/USDC-DC: 06/05/20; 6/5/20 E-FILING COMPLAINT IN US DISTRICT COURT, DISTRICT OF COLUMBIA | 400.00 | 400.00 |
| 9425544 | 1/4/2021 | Lexis Research | 1.00 | 74.25 | 74.25 | 1.00 | 74.25 | 74.25 | ✓ | 11764 | | 74.25 | 74.25 |
| 9425545 | 1/5/2021 | Lexis Research | 1.00 | 24.75 | 24.75 | 1.00 | 24.75 | 24.75 | ✓ | 11764 | | 24.75 | 24.75 |
| | | Total: | 6.00 | | 840.55 | 6.00 | | 840.55 | | | | | |